UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | Civil Action No.: 1:16-cv-10079-LTS |

### PLAINTIFF'S MOTION TO COMPEL AND TO EXTEND FACT DISCOVERY

The Plaintiff hereby moves to compel further responses to interrogatories, production of documents and further deposition as indicated the grounds and to extend fact discovery. On the grounds more fully set forth in the accompanying Memorandum in Support of this Motion that the Defendant's failures to disclose witnesses, communications and to produce documents has unfairly hindered her right to obtain relevant and discoverable evidence. Accordingly, she requests an order extending fact discovery, compelling further responses to Interrogatories No. 6, 4, and 5, and Document Request 2, within 30 days and making the previously undisclosed witness, known as "Judy A." (and any other witness with personal knowledge identified if indicated) available for deposition within 60 days.

Dated: 5/22/17

Shirley Fernandez,
By her Attorney

/s/ Mary Connaughton
Mary Connaughton
Supervising Attorney
BBO No. 547353


Boston University
Civil Litigation Program
197 Friend Street

1

Boston, MA 02114
(617) 603-1523

## CERTIFICATION UNDER RULE 37.5

As more fully set forth in the accompanying Memorandum in Support, I hereby certify that I have complied with the requirements of USDC MA Local Rule 37.5 to confer with opposing counsel to narrow the issues in dispute without success.

/s/Mary C. Connaughton
_____

Date:  May 22, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within document on opposing counsel of record through the CM/ECF system.

/s/ Mary C. Connaughton

_____

Mary C. Connaughton

5/22/17

Dated: _____